**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Charles Perridon v. Evelyn Perridon

Appellate case number:     01-16-00721-CV

Trial court case number:    2013-72110

Trial court:                      309th District Court of Harris County

On December 29, 2016, this Court's Order, among other things, granted the extension request of appellant, Charles Perridon, to file evidence of payment of the reporter's record fees. That Order also warned appellant that if evidence of payment for the reporter' record was not timely filed within 30 days of that Order, this Court would set the briefing schedule without the reporter's record. *See* TEX. R. APP. 35.3(c), 37.3(c)(2)(A).

On February 7, 2017, appellee, Evelyn Perridon, filed a request for court to set briefing schedule without the reporter's record due to appellant's failure to properly prosecute this appeal. Appellee noted that, among other things, the court reporter filed an info sheet in this Court on January 5, 2017, stating that appellant had failed to pay or make arrangements to pay for the reporter's record.

Neither a timely response from appellant to this Court's Order nor the reporter's record has been filed in this Court. Accordingly, this Court **grants** appellee's request to consider and decide this appeal on those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c)(1), (2). Appellant's brief is ordered to be filed no later than **30 days from the date of this order.** *See id*. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Evelyn Keyes
                              X Acting individually                    ☐ Acting for the Court
Date: February 14, 2017